■ In the Matter of PLAZA MANAGEMENT Co., Respondent, v LEONARD E. YOSWEIN, as Commissioner of the Department of Rent and Housing Maintenance, Appellant.—Judgment, Supreme Court, New York County, entered on January 9, 1975, reversed, on the law, without costs and without disbursements, and the petition dismissed. Concur—Stevens, P. J., Murphy and Capozzoli, JJ.; Kupferman and Tilzer, JJ., would affirm the determina-

tion at Special Term (see opinion *Per Curiam* and dissenting opinion in companion appeals numbered 133, 134 [48 AD2d 129]). [80 Misc 2d 348.]